1
2
3
4
5
6

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

7

8    United States of America,

9                    Plaintiff

10   v.

11   Robert Barnes,

12                    Defendant

13

14

Case No. 2:23-cr-00206-CDS-DJA

**Order Approving Stipulation to Set
Future Court Date**

[ECF No. 157]

15    Based on the stipulation of the parties, and upon the Court's finding of good cause,

16   IT IS HEREBY ORDERED:

17                        **<u>FINDINGS OF FACT</u>**

18    1.  The parties agree to the continuance.

19    2.  The additional time is needed to ensure that defendant is able to receive

20        medical treatment, attend medical appointments and obtain results therefrom,

21        and confer with counsel about the next stages of the case.

22

23

24

3.  The additional time requested herein is not sought for purposes of delay, but to facilitate ongoing medical treatment and ensure that defendant Barnes is competent to proceed and is able to communicate effectively with counsel.

4.  Additionally, denial of this request for a continuance could result in a miscarriage of justice. The requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(7), and 3161(h)(7)(A), considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (vi).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant time necessary to continue receiving medical treatment, attend medical appointments and obtain results therefrom, and adequately confer with counsel, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the next stages of the case, taking into account the exercise of due diligence.

The time from the continuance sought herein is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7), and 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

**ORDER**

IT IS HEREBY ORDERED that the parties must appear on January 26, 2026, at 10:00 a.m. in LV Courtroom 6B. Mr. Barnes will remain at liberty with the previously imposed conditions of release.

Dated: September 22, 2025

_____
UNITED STATES DISTRICT JUDGE