UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:23-cr-00206-CDS-DJA |
|---|---|
| Plaintiff | **Order Approving Stipulation to Continue Sentencing** |
| v. | |
| ROBERT BARNES, | |
| Defendant | |

Based on the parties' stipulation, is hereby ordered that the sentencing in this matter currently set for May 18, 2026, at 10:00 a.m., is  vacated and continued to July 13, 2026 at 10:00 a.m. in LV Courtroom 6B.

Dated:  March 11, 2026

_____
UNITED STATES DISTRICT JUDGE